IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02512-WDM-MJW

JERRY DOTY,

Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Joint Motion for Leave to File Stipulated Protective Order (docket no. 22) is GRANTED.  The written Stipulated Protective Order is APPROVED as amended in paragraph 7 and made an Order of Court.

Date: March 1, 2006