IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-02512-WDM-MJW

JERRY DOTY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

---

**ORDER RE: UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE**
*( Docket No. 44 )*

---

THE Court, having reviewed Plaintiff's Unopposed Motion to Vacate the Settlement Conference (Document 44, filed August 2, 2006), and having being fully advised herein, hereby GRANTS said motion and ORDERS that the settlement conference scheduled for August 7, 2006 is VACATED. *The parties may request a settlement conference be set by motion.*

SO ORDERED this 3rd day of August, 2006.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE