IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-02512-WDM-MJW

JERRY DOTY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

---

**ORDER RE: UNOPPOSED MOTION FOR LEAVE TO
TAKE DEPOSITIONS OUT OF TIME [DOC. 55, FILED SEPTEMBER 25, 2006]**
( Docket No. 55 )

---

THE COURT, having reviewed Plaintiff's Unopposed Motion for Leave to Take Depositions Out of Time, and having been fully advised herein, hereby GRANTS said Motion and permits Plaintiff to take the deposition upon oral examination of Lori Huff and a deposition upon written questions of State Farm's corporate representative responsible for retrieving the documents that are attached as Exhibits A-22 and A-23 to Defendant's Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment [Document No. 52]. Such depositions are to be completed by _October 23, 2006_.

SO ORDERED this _26th_ day of _September_, 2006

BY THE COURT:

_/s/ Michael J. Watanabe_
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE