IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   05-cv-02512-WDM-MJW

JERRY DOTY,

    Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant(s).
_____

## ORDER REOPENING CASE
_____

    This matter is before me on the Plaintiff's Motion to Re-Open Civil Action filed September 26, 2007.  Good cause having been shown, it is now ordered that this case is reopened.

    DATED at Denver, Colorado on October 1, 2007

                                                                       BY THE COURT:

                                                                       s/ Walker D. Miller
                                                                       United States District Judge

PDF FINAL