IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02512-WDM-MJW

JERRY DOTY,

Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Stay Case Pending Resolution of Related Case on Appeal (docket no. 74) is GRANTED for those reasons as stated with the motion which this court incorporates by reference as it's findings on the subject motion (docket no. 74).

It is FURTHER ORDERED that:

1. This case is STAYED until a decision is issued from the Tenth Circuit in Boellstorff v. State Farm Mutual Automobile Insurance Co., Case No. 07-1241;

2. The parties are to notify this court within three (3) business days of learning of any decision by the Tenth Circuit that addresses the statute of limitations issues presented in this case; and,

3. Plaintiff shall file any appropriate Motion to Reopen this case within ten (10) days from the date of the decision by the Tenth Circuit in the Boellstorff case.

Date: February 13, 2008