IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.   05-cv-02512-WDM-MJW

JERRY DOTY,

        Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois
corporation,

        Defendant.

---

## ORDER REOPENING CASE

---

Miller, J.

        This matter is before me on Plaintiff's Motion to Re-Open Civil Action (Docket No.

83), filed September 22, 2008.  As good cause has been shown and the motion was

filed timely with respect to my Order staying the case (Docket No. 77), it is now ordered

that this case is reopened.


        DATED at Denver, Colorado, on October 3, 2008.

                                                BY THE COURT:



                                                s/ Walker D. Miller
                                                United States Senior District Judge